Argued and submitted September 8, affirmed by an equally divided court
December 20, 1988

STEPHEN BRANTON,
*Petitioner on Review,*

*v.*

OREGON STATE PENITENTIARY,
*Respondent on Review.*

(OSP 02-86-017; CA A40095; SC S35123)

765 P2d 207

Argued and submitted September 6, 1988.

Steven H. Gorham, Salem, argued the cause and filed the petition for petitioner on review.

Philip Schradle, Assistant Attorney General, Salem, argued the cause for respondent on review. With him on the response to the petition were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Affirmed by an equally divided court.